071651

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: JULY 11, 2008
08CV3949
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN
EDA

ALLSTATE INSURANCE COMPANY
a/s/o FRANCISCO SIBAL

Plaintiff,

- vs -

No.

Amount Claimed: $2,412.50

UNITED STATES OF AMERICA,

Defendant.

**COMPLAINT**

NOW COMES the plaintiff ALLSTATE INSURANCE COMPANY as subrogee of
FRANCISCO SIBAL, by its attorneys LAW OFFICES OF BRUCE T. ARMSTRONG,
CHARTERED, and, complaining of the defendant UNITED STATES OF AMERICA,
states as follows:

1.   This action arises pursuant to the Federal Tort Claims Act 28 U.S.C.,  Section
     2671 et. seq. as a civil action for collision subrogation against the UNITED
     STATES OF AMERICA.  This court has exclusive jurisdiction over this cause
     under Title 28 U.S.C., Section 1346(b).

2.   On or about July 14, 2006, plaintiff ALLSTATE INSURANCE COMPANY
     insured a certain motor vehicle then owned, driven or occupied by its subrogor,
     FRANCISCO SIBAL which policy of insurance included, *inter alia*, the
     following coverage:  collision loss.

3.   Then, with respect to the above-listed coverage, the said policy of insurance
     included the following clause:

**Subrogation Rights**

When (plaintiff pays a claim), an insured person's
rights of recovery from anyone else become
(plaintiff's) up to the amount (plaintiff has) paid.

4.    Plaintiff is the subrogee of FRANCISCO SIBAL by virtue of its payment of claim
      No.  4820113209 under the said policy of insurance in the following amounts:

|                       |          |
|-----------------------|----------|
| Medical Payments:     | $0.00    |
| Uninsured Motorist:   | $0.00    |
| Collision Loss:       | $2,162.50|
| Rental Reimbursement: | $0.00    |

5.    Then, under the terms of the said policy of insurance, the applicable deductible
      amount was $250.00.

6.    Then, a motor vehicle collision occurred at or near the intersection of Barrington
      Road and Irving Park Road, Hanover Park, Illinois.

7.    Then and there, a certain motor vehicle owned, driven or occupied by plaintiff's
      subrogor was being driven north on Barrington Road.

8.    Then and there, Iqbal Ahmed was driving a vehicle for the United States
      Department of Agriculture in the capacity of agent, servant and/or employee of
      the Defendant, UNITED STATES OF AMERICA, southeasterly on Barrington
      Road.

9.    Then and there, plaintiff's subrogor was acting with due care and caution for his
      own safety and the safety of others.

10.   Then and there, the vehicle driven by Iqbal Ahmed collided with the vehicle
      owned, driven or occupied by plaintiff's subrogor.

11.   Then and there, the defendant negligently did or omitted to do one or more of the
      following things:

(a)    Failed to keep a proper lookout.

(b)    Drove at an excessive and dangerous speed in violation of 625 ILCS 5/11-601

(c)    Failed to stop when danger of collision was imminent.

(d)    Failed to yield right-of-way while making a left turn.

(e)    Made an improper left turn

12.    As the direct and proximate result of the defendant's negligent conduct, plaintiff's subrogor was injured in his person or property or both as set forth in paragraphs No. 3 and 4, above, all to plaintiff's damage in the sum of $2,412.50 of which plaintiff's subrogor paid $250.00 and plaintiff paid the remainder.

WHEREFORE, plaintiff ALLSTATE INSURANCE COMPANY as subrogee of FRANCISCO SIBAL prays for the entry of judgment in its favor and against defendant UNITED STATES OF AMERICA in the amount of $2,412.50, plus costs.

Bruce T. Armstrong
Attorney for Plaintiff

Law Office of Bruce T. Armstrong, Chtd. – P.O. Box 1397, Crystal Lake, IL 60039
Telephone: 815-477-0460 – Fax: 815-477-0579