**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allstate Insurance Company a/s/o Francisco Sibal<br>v.<br>United States of America | FILED: JULY 11, 2008<br>08CV3949<br>JUDGE SHADUR<br>MAGISTRATE JUDGE ASHMAN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Allstate Insurance Company a/s/o Francisco Sibal

| NAME (Type or print) |
|---|
| Bruce T. Armstrong |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Bruce T. Armstrong |

| FIRM |
|---|
| Law Offices of Bruce T. Armstrong |

| STREET ADDRESS |
|---|
| PO Box 1397 |

| CITY/STATE/ZIP |
|---|
| Crystal Lake, IL 60039-1397 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0066753 | 815-477-0460 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐