IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALLSTATE INSURANCE COMPANY,        )
etc.,                              )
                                   )
                    Plaintiff,     )
                                   )
        v.                         )        No.  08 C 3949
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                    Defendant.     )

MEMORANDUM

Although it is scarcely worth the trouble in this minimal
Federal Tort Claims Act lawsuit, in which Allstate Insurance
Company advances a subrogation claim of $2,162.50 stemming from a
motor vehicle collision, United States' Answer ¶¶2-5, 7 and 8
fail to conform to the clearly-marked-out path for obtaining the
benefit of a deemed denial--see Fed. R. Civ. P. 8(b)(5) and App.
¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276,
278 (N.D. Ill. 2001).  In the combined expectation and hope that
the parties will come to their senses and settle the case on or
before the scheduled October 10 initial status hearing date,
however, at least for the present government counsel will not be
sent back to the drawing board to reframe the Answer.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 23, 2008